**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA**

    v.                                                      **2:20-CR-001**
                                                      **JUDGE MICHAEL H. WATSON**

**JOSHUA L. HAY**

## ORDER

Upon Defendant's motion, ECF No. 22, and without objection by the United States or the Pretrial Services Officer, Defendant's conditions of pretrial release are **MODIFIED** to permit Defendant to use his employer's computer (which cannot be used to access the internet beyond the business' ordering program) at his place of employment, but only to the extent required by his job.

    **IT IS SO ORDERED**.

                                                             *s/ Norah McCann King*
                                                             **Norah McCann King**
                                                             **United States Magistrate Judge**

**DATED: July 20, 2020**